**FILED**

**JUDGMENT ENTERED**

_____Sept. 21, 2005_____
Date
by _____G. Lucas_____
Deputy Clerk

U.S. District Court
Eastern District of California

__X____ FILE CLOSED

*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*

JAMES E. CRITTENDEN,

**JUDGMENT IN A CIVIL ACTION**

vs.

CV-F-04-6697 OWW/DLB P

L. SCHULTEIS,

_____/

The Findings and Recommendations issued by the Magistrate Judge on June 16, 20054, are hereby adopted in full, and

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed for failure to state a claim upon which relief may be granted.

DATED:

JACK L. WAGNER, Clerk

By:   /s/ GREG LUCAS
Deputy Clerk