```
                            FILED
                       JUDGMENT ENTERED
                    _____Sept. 21, 2005_____
                                          Date
                    by _____G. Lucas_____
                              Deputy Clerk
                         U.S. District Court
                      Eastern District of California
                       __X____  FILE CLOSED
```

*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*

JAMES E. CRITTENDEN,

                        **CORRECTED**
                   **JUDGMENT IN A CIVIL ACTION**

vs.
                            CV-F-04-6697 OWW/DLB P

L. SCHULTEIS,

_____/

        The Findings and Recommendations issued by the Magistrate Judge on June 16, 2005, are hereby adopted in full, and

        IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed for failure to state a claim upon which relief may be granted.

DATED:

                                          JACK L. WAGNER, Clerk

                                By:   /s/ GREG LUCAS
                                        Deputy Clerk